# UNI' :D STATES DISTRICT ‿OURT
## DISTRICT OF MINNESOTA

Operating Engineers Local #49 Health and Welfare Fund, Central Pension Fund of the International Union of Operating Engineers and Participating Employers, Local #49 International Union of Operating Engineers and Associated General Contractors of MN Apprenticeship and Training Program

Case No. Civil 00-2369 PAM/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Jacobsen Excavating & Trucking, inc., and Jeffrey C. Jacobsen

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that default judgment be entered in favor of the plaintiffs; and against the defendants as follows:

(a) Against Jacobsen Excavating & Trucking, Inc., only in the amount of $62,468.59;

(b) Against Jacobsen Excavating & Trucking, Inc. and Jeffrey C. Jacobsen, Jointly and severally, in the amount of $48,551.05

DATE: February 26, 2001

FRANCIS E. DOSAL, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk